The Hon. John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

TREVOR JAMES SMITH,

Defendant.

NO. CR22-216-JHC

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following property (the "Subject Property"):

- Samsung Galaxy Note 10 cell phone, serial number 352147110292862.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- The Subject Property is forfeitable pursuant to 18 U.S.C. § 2428, as property the Defendant used to commit or facilitate commission of his *Attempted Enticement of a Minor* offense, in violation of 18 U.S.C. § 2242(b), to which Defendant entered a guilty plea (Dkt. No. 19);

Final Order of Forfeiture - 1
*United States v. Trevor James Smith,* CR22-216-JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 7, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2428 and forfeiting the Defendant's interest in it (Dkt. No. 25);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 32) and provided direct notice to two potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Krista K. Bush in Support of Motion for Final Order of Forfeiture, ¶ 2, Exhibits A & B); and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security Investigations, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 13th day of November, 2023.

THE HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Trevor James Smith,* CR22-216-JHC

1

2  Presented by:

3

 *s/ Krista K. Bush*
4  KRISTA K. BUSH

5  Assistant United States Attorney
United States Attorney's Office
6  700 Stewart Street, Suite 5220
Seattle, Washington 98101
7  Phone: (206) 553-2242

8  Fax: (206) 553-6934
Krista.Bush@usdoj.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Final Order of Forfeiture - 3
*United States v. Trevor James Smith,* CR22-216-JHC